LERNER STORES CORPORATION, Appellant, v. LERNER LADIES APPAREL SHOP, INC., MORRIS SIGAL and ISIDORE SIGAL, Defendants, Impleaded with ABRAHAM SIGAL, Respondent. ABRAHAM LERNER, Respondent.— Order reversed, with ten dollars costs and disbursements, and a reference ordered before Hon. William P. Burr, official referee, to take proof as to whether or not a violation of the injunction order herein was in fact committed. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL WALKER, Appellant, v. SILVER AND GOLD REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM FREDERICK HOPPE, Respondent, v. ALICE BEATRICE HOPPE, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES KORN, Respondent, v. ALEXANDER KORN, Appellant.— Order, so far as appealed from, modified by granting the motion in full unless plaintiff, within five days after service of order, file a stipulation to the effect that she will rely only on the allegations of the 2d paragraph of the complaint; if such stipulation be not so filed, the particulars demanded in items 2, 3 and 4 of the notice of motion are required to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRED WELLS, Appellant, v. RAY H. ARNOLD, Individually and Doing Business as R. H. Arnold Co., and Also as ARNOLD AND COMPANY, NEWPORT ENGINEERING COMPANY and FEDERAL HOME MORTGAGE COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY ROSENFIELD, Appellant, v. NORMAN RUBBER Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KING-MOELLER COMPANY (INCORPORATED), Respondent, v. LIBERTY BAKING CORPORATION, Defendant, Impleaded with IVAN B. NORDHEM, Appellant.— Order so far as appealed from, affirmed, with ten dollars costs and disbursements. The